UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | CIVIL NO. DR-20-CV-36- |
| | ) | |
| $1,531,924.54 IN UNITED STATES CURRENCY SEIZED FROM JPMORGAN CHASE BANK ACCOUNT 405685541 IN THE NAME OF D L INVESTMENTS, | ) ) ) ) ) | |
| | ) | |
| Respondent. | ) | |

**WARRANT FOR THE ARREST OF PROPERTY**

TO THE UNITED STATES MARSHALS SERVICE, OR ITS DESIGNATED AGENT, OR OTHER AUTHORIZED LAW ENFORCEMENT OFFICER OR ANY OTHER PERSON OR ORGANIZATION AUTHORIZED BY LAW TO ENFORCE THE WARRANT:

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on the _____ day of _____, 2020, against the following property:

**$1,531,924.54 in United States Currency Seized from JPMorgan Chase Bank Account 405685541 in the Name of D L Investments**,

hereinafter the "Respondent Property," alleging that the Respondent Property is subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. § 981(a)(1)(C) for violation of Title 18 U.S.C. § 1343; and

WHEREAS an Order has been entered by the United States District Court for the Western District of Texas that a Warrant for Arrest of Property be issued as prayed for by Petitioner United States of America.

YOU ARE THEREFORE COMMANDED to arrest and take actual or constructive possession of Respondent Property as soon as practicable by serving a copy of this warrant on the

custodian in whose possession, custody or control the Respondent Property is presently found, and to use whatever means may be appropriate to protect and maintain the Respondent Property in your custody until further order of this Court, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Property and to make a return as provided by law.

SIGNED this _____ day of _____, 2020.

                    JEANNETTE CLACK
                    United States District Clerk
                    Western District of Texas

By:_____
    Deputy