UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                              )<br>                          Petitioner,       )<br>                                                              )<br>V.                                                          )     CIVIL NO. DR-20-CV-36-<br>                                                              )<br>$1,531,924.54 IN UNITED STATES      )<br>CURRENCY SEIZED FROM              )<br>JPMORGAN CHASE BANK ACCOUNT )<br>405685541 IN THE NAME OF              )<br>D L INVESTMENTS,                              )<br>                                                              )<br>                          Respondent.      ) | |

## NOTICE OF COMPLAINT FOR FORFEITURE

1.      On the _____ day of _____, 2020, a Verified Complaint for Forfeiture *in rem* was filed in this Court by the United States Attorney for the Western District of Texas and Assistant United States Attorney Antonio Franco, Jr., against the property described below, which is also specifically described in the Verified Complaint for Forfeiture, for violation of Title 18 U.S.C. § 1343, Wire Fraud, and subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. § 981(a)(1)(C), namely:

**$1,531,924.54 in United States Currency Seized from JPMorgan Chase Bank Account 405685541 in the Name of D L Investments,**

hereinafter the "Respondent Property."

2.      Pursuant to Supplemental Rule G(4)(b), notice to any person who reasonably appears to be a potential claimant shall be by direct notice. Accompanying this notice is the Verified Complaint for Forfeiture which has been filed in this cause and which describes the Respondent Property. Pursuant to Supplemental Rule G(4)(b), any person claiming an interest in the Respondent Property who has received direct notice of this forfeiture action must file a Claim,

**APPENDIX B**

in compliance with Rule G(5)(a), with the court within **thirty-five (35) days after the notice was sent, if delivered by mail (if mailed, the date sent is provided below), or within 35 days of the date of delivery, if notice was personally served**. An Answer or motion under Rule 12 of the Federal Rules of Civil Procedure must then be filed within **twenty-one (21)** days of the Claim being filed.

The Claim and Answer must be filed with the Clerk of the Court, 111 East Broadway, Room L100, Del Rio, Texas 78840, and copies of each must be served upon Assistant United States Attorney Antonio Franco, Jr., 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216, or default and forfeiture will be ordered. *See* Title 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Failure to follow the requirements set forth above will result in a judgment by default taken against you for the relief demanded in the complaint.

**DATE NOTICE MAILED:** _____