**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED USMS W/TX
JUL 13 2020

FILED
JUL 24 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

SAN ANTONIO

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:20-CV-36-AM |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $1,531,924.54 U.S.C. from JPMorgan Chase Bank Acct 405685541 i/n/o of D L Investments | Warrant for Arrest of Property |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$1,531,924.54 U.S.C. from JPMorgan Chase Bank Acct 405685541 i/n/o of D L Investments
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Antonio Franco, Jr.
U.S. Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, TX 78216

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U S A

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

20-FBI-002891

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 210-384-7040
DATE: 7/10/20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. D80 | No. D80 | Beverly J. Williams | 7/13/2020 |

I hereby certify and return that I [ ] have personally served [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below).

Name and title of individual served (if not shown above)

Date: 7-13-20
Time: 11:29 [X] am [ ] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
Beverly J. Williams

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | — | | 65.00 | — | — |

REMARKS

5-19-20
In USMS custody

JC

FILED

JUL 24 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK